# UNITED STATES DISTRICT COURT
## District of New Jersey

CHEAREEN M. JONES

        Plaintiff

V.

CLARA MAAS

        Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 11-3982 (SDW)

    Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

    IT IS ORDERED that the application is:

☐   GRANTED, and

    ☐ The clerk is directed to file the complaint, and

    ☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☒ DENIED, for the following reasons: _Plaintiff fails to state a claim against Defendant upon which relief may be granted. Further, Plaintiff fails to qualify for indigent status._

ENTER this 13th day of July, 2011

_Susan D. Wigenton_, U.S.D.J.
Name and title of Judicial Officer